# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID V. JORDAN,<br>    *Plaintiff*, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 25-CV-1531<br>: |
| COUNSELOR SPRENKLE, *et al.*,<br>    *Defendants*. | :<br>: |

## ORDER

AND NOW, this 14th day of July, 2025, upon consideration of Plaintiff David V. Jordan's *pro se* Amended Complaint (ECF No. 21), it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, the Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                 **BY THE COURT:**

                                 */s/ Gerald J. Pappert*
                                 **Gerald J. Pappert, J.**